**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARK EDWARD VANZANT                                                                            PLAINTIFF
ADC #137057

V.                                            NO: 5:10CV00363 DPM/HDY

L. NORRIS *et al.*                                                                                    DEFENDANTS

### ORDER

Plaintiff filed this complaint on December 20, 2010, and service was ordered. On April 1, 2011, the summons was returned unexecuted as to Defendant Etta Mike (docket entry #34). A note accompanying the return, which provided Mike's first name, indicated that Mike is no longer employed by the Arkansas Department of Correction. However, Mike's last known address was provided under seal. Accordingly, service will be attempted at the address provided.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to change the style of the case to reflect the correct name of Defendant Etta Mike.

2. Mike's last known addresses shall not be made part of any public record.

3. The Clerk of the Court shall prepare a summons for Mike, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (docket entry #2), and this order, on Mike, at the addresses provided under seal, without prepayment of fees and costs or security therefor.

4. Upon re-issuance of the summons and complaint, the United States Marshal is hereby directed to send Plaintiff's copy of process to the Clerk of the Court, who shall then remove the address prior to forwarding a copy to Plaintiff.

IT IS SO ORDERED this __4__ day of April, 2011.

                                                  UNITED STATES MAGISTRATE JUDGE