### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MARK EDWARD VANZANT                                                                       PLAINTIFF
ADC #137057

V.                                          NO: 5:10CV00363 DPM/HDY

LARRY NORRIS *et al.*                                                                   DEFENDANTS

## ORDER

The Clerk is directed to change the style of the case to reflect the correct names of Defendants Larry Norris, William Straughn, Steve Outlaw, Alfred Burton, Verna Brooks, and Sherley Owney, as set forth in their answer (docket entry #42).

IT IS SO ORDERED this   19   day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE