# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MARK EDWARD VANZANT**
**A.D.C. # 137057**                                                    **PLAINTIFF**

**v.**                              **No. 5:10-cv-363-DPM**

**LARRY NORRIS,** *et al.*                                    **DEFENDANTS**

### ORDER

No party has objected to Magistrate Judge Young's recommended partial disposition, *Document No. 68.* And seeing no legal error or clear error of fact on the face of the record, the Court adopts the proposal. Motion for judgment, *Document No. 65,* and motion for appointed counsel, *Document No. 67,* both denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2012