IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK EDWARD VANZANT
A.D.C. # 137057                                                                                    PLAINTIFF

v.                                         No. 5:10-cv-363-DPM

LARRY NORRIS, *et al.*                                                                    DEFENDANTS

ORDER

No party has objected to Magistrate Judge Young's recommended partial disposition, *Document No. 68*. And seeing no legal error or clear error of fact on the face of the record, the Court adopts the proposal. Motion for judgment, *Document No. 65*, and motion for appointed counsel, *Document No. 67*, both denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

3 February 2012