IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK EDWARD VANZANT
A.D.C. # 137057                                                                                       PLAINTIFF

v.                            No. 5:10-cv-363-DPM-HDY

LARRY NORRIS; WILLIAM STRAUGHN;
SHERLEY OWNEY; ALFRED BURTON; ETTA
MIKE, Captain, Maximum Security Unit, A.D.C.;
STEVE OUTLAW; and VERNA BROOKS                            DEFENDANTS

ORDER

Vanzant has not objected to Magistrate Judge Young's proposed final recommended disposition, *Document No. 76*, and the time to do so has expired. The Court agrees that all Vanzant's remaining claims fail as a matter of law because, as Vanzant acknowledged at the hearing, he did not exhaust his administrative remedies. Vanzant's seeming suggestion that his grievance might have been lost cannot get past his concession that he filed no grievance. The Court sees no legal error or clear error of fact on the record's face. FED. R. CIV. P. 72(b)(2) (1983 Addition to Advisory Committee Notes). The Court adopts Judge Young's recommendation, dismisses Vanzant's complaint

without prejudice, and certifies that an *in forma pauperis* appeal would be frivolous and not in good faith.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 February 2012