IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARK EDWARD VANZANT
A.D.C. # 137057                                                                        PLAINTIFF

v.                          No. 5:10-cv-363-DPM

LARRY NORRIS; WILLIAM STRAUGHN;
SHERLEY OWNEY; ALFRED BURTON; ETTA
MIKE, Captain, Maximum Security Unit, A.D.C.;
STEVE OUTLAW; and VERNA BROOKS                           DEFENDANTS

JUDGMENT

The Court dismisses Vanzant's complaint without prejudice and certifies that an *in forma pauperis* appeal would be frivolous and not in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 February 2012